**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEXIS GALLARDO SOLIS,

                Plaintiff,

-against-    19 **CIVIL** 5383 (PAE)

# **JUDGMENT**

CHAD WOLF, *Acting Secretary of Homeland Security*, KENNETH CUCCINELLI, *Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services*, and MICK DEDVUKAJ, *Acting District Director, New York District, U.S. Citizenship and Immigration Services*,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 11, 2020, defendants' motion to dismiss the Complaint is granted in its entirety; accordingly, this case is closed.

**Dated:**  New York, New York

      September 11, 2020

                                                   **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                 **BY:**  *K. Mango*

                                                   **Deputy Clerk**